

# Fourth Court of Appeals
## San Antonio, Texas

August 21, 2024

No. 04-24-00394-CV

Stephanie **GONZALEZ**, as Successor Councilmember of Converse to Jacqueline Angulo;
Kassandra Leon, as Successor Councilmember of Converse to Nancy Droneburg; and Stacy L.
Adams, Sr., as Successor Councilmember of Converse to Christopher L. Clark,
Appellants

v.

Katherine **SILVAS**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI22419
Honorable Marialyn Barnard, Judge Presiding[1]

### ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. We order the costs of this appeal to be paid by the parties who incurred them.

It is so **ORDERED** on August 21, 2024.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of August, 2024.

_____
Luz Estrada, Chief Deputy Clerk

---

[1] The Honorable Rosie Alvarado is the presiding judge of the 438th Judicial District Court. The Honorable Marialyn Barnard, presiding judge of the 73rd Judicial District Court, signed the order denying appellants' plea to the jurisdiction.